UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK CESAR RICH,<br>　　　　Petitioner,<br>　v.<br>D.L. RUNNELS, Warden,<br>　　　　Respondent. | Case No. EDCV 03-1218 VBF(JC)<br>(~~PROPOSED~~) JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 12-12-08

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE